No. 93–6697. ORTIZ *v.* STARR ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–6703. WATKINS *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 93–6704. MARREN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6706. NERO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6707. TAYLOR *v.* MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 93–6713. HARGROVE *v.* TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 93–6717. PIONTEK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6718. HODGSON *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–6719. HOWICK *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 93–6720. SPIGNOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6721. VASEUR *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–6722. THERIAULT *v.* MILLER, GOVERNOR OF NEVADA, ET AL. Sup. Ct. Nev. Certiorari denied.

No. 93–6723. WAGNER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6726. BATTLE *v.* EVANS ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–6729. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.